JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EBRAHIM ALKABODI (A207 986 644); MONA ALI,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>Defendants. | No. 8:22-cv-00068-DOC-JDE<br><br>**ORDER**<br><br>Honorable David O. Carter<br>United States District Judge |

The Court, having received Plaintiffs EBRAHIM ALKABODI and MONA ALI ("Plaintiffs") Notice of Voluntary Dismissal, hereby **DISMISSES** the above-captioned case without prejudice. All pending schedules are vacated.

DATED: April 4, 2022

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge

1 | Submitted by:
2 | LAUREN MCCLURE
  | KRIEZELMAN BURTON AND ASSOCIATES LLC
3 |
4 |   /s/ *Lauren McClure*
  | LAUREN McCLURE
5 | Attorneys for Plaintiffs